IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

IVAN CORTES-RUEDA,

        Plaintiff,

    v.

MARION COUNTY JAIL MEDICAL, et al.,

        Defendants.

Case No. 6:22-cv-00583-AR

**ORDER**

**ARMISTEAD, Magistrate Judge**

IT IS ORDERED that plaintiff Ivan Cortes-Rueda's Motion for Dismissal Without Prejudice (ECF No. 51) is GRANTED, and his motion for reconsideration of the order denying appointment of counsel is DENIED. This action is DISMISSED, without prejudice. All other pending motions are DENIED AS MOOT.

DATED: June 6, 2024

/s/ Jeff Armistead
Jeff Armistead
United States Magistrate Judge

1 - ORDER